**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GABRIEL CAUCHI,

    Plaintiff,

v.                                    Case No. 8:08-cv-22-T-30MAP

ALLIED INTERSTATE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court are the Stipulations of Dismissal With Prejudice and Without Costs (Dkts. #6 and #7). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     Said Stipulations (Dkts. #6 and #7) are GRANTED.

2.     This cause is dismissed with prejudice and without costs.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-22.dismissal 6.wpd